UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| JAMES H. WYANT | : Bankruptcy No.  11-21890REF |
| and | : |
| DEBORAH D. WYANT | : |
| | : |
| Debtor(s) | : Chapter 13 |

### ORDER

AND NOW after notice and hearing, the above-captioned case is hereby

DISMISSED..

BY THE COURT

**Date: September 22, 2016**

_____
Richard E. Fehling, B. J.