United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 11-21890-ref
James H Wyant                                                  Chapter 13
Deborah D Wyant
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Cathleen              Page 1 of 2          Date Rcvd: Sep 22, 2016
                              Form ID: pdf900             Total Noticed: 41
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2016.
```
db/jdb         +James H Wyant,    Deborah D Wyant,    1508 Camelia Ave,    Easton, PA 18040-1149
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
NONE           +Christopher Cappio,    Cappio & Gigliotti, LLP,    2000 Spring Garden Street,    Suite 1F,
                 Philadelphia, PA 19130-3994
12548382       +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
12530815       +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
12490265       +Aes/nct,    P.O.Box 2461,    Harrisburg, PA 17105-2461
12490267       +Aes/pheaa-keycon,    1200 N 7th St,    Harrisburg, PA 17102-1419
12490268       +Aes/rbs Citizens Na,    1200 N 7th St,    Harrisburg, PA 17102-1419
12493114      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
12490270       +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
12490269      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  AT&T Universal Card,    P.O. Box 182564,    Columbus, OH 43218)
13421878       +Cappio & Gigliotti, LLP,    2000 Spring Garden Street,    Suite 1F,    Philadelphia, PA 19130-3994
12490273       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13421510       +Christopher G. Cappio, Esquire,    Cappio & Gigliotti, LLP,    2000 Spring Garden Street,
                 Suite 1F,    Philadelphia, PA 19130-3994
12490274       +Citi Advantage Mastercard,    PO Box 390905,    Minneapolis, MN 55439-0905
12619383        ECMC,    P.O. Box 75906,    St. Paul, MN 55175
12490276        Encore Receivable Management Inc.,    P.O. Box 3330,    Olathe, KS 66063-3330
12604878       +First Marblehead Corporation Authorized agent for:,    National Collegiate Trust,
                 One Cabot Road,    Medford, MA 02155-5117
12490277        H&r Block Bk,    400 Countrywide Way,    Simi Valley, CA 93065
13172266       +Jacoby & Meyers Bankruptcy, LLP,    111 S. Independence Mall East,    Suite 555,
                 Philadelphia, PA 19106-2508
12598212       +Nationstar Mortgage, LLC,    PO Box 829009,    Dallas, TX 75382-9009
12490278       +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
12490279       +Us Dept Of Education,    Pob Box 5200,    Greenville, TX 75403-5200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +E-mail/Text: bncmail@w-legal.com Sep 23 2016 01:53:12     RICHARD S. RALSTON,
                 Weinstein & Riley P. S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
smg            +E-mail/Text: robertsl2@dnb.com Sep 23 2016 01:53:14     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 23 2016 01:52:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 23 2016 01:53:23     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bncmail@w-legal.com Sep 23 2016 01:53:12     CANDICA, L.L.C.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 23 2016 01:51:34
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
12528273       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 23 2016 01:53:04     Asset Acceptance LLC,
                 Citibank Mastercard Plat General,    Po Box 2036,    Warren MI 48090-2036
12530238       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 23 2016 01:53:04     Asset Acceptance, LLC,
                 Assignee Citibank World Mastercard,    P. O. Box 2036,    Warren MI 48090-2036
12550159       +E-mail/Text: bncmail@w-legal.com Sep 23 2016 01:53:12     Candica, L.L.C.,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12490272       +E-mail/Text: cms-bk@cms-collect.com Sep 23 2016 01:52:38     Capital Management Services,
                 726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
12509342        E-mail/Text: mrdiscen@discover.com Sep 23 2016 01:52:28     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12490275       +E-mail/Text: mrdiscen@discover.com Sep 23 2016 01:52:28     Discover Fin,
                 Attention: Bankruptcy Department,    Po Box 6103,    Carol Stream, IL 60197-6103
12552412        E-mail/PDF: rmscedi@recoverycorp.com Sep 23 2016 01:51:17     Granite Recovery LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12933889        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 23 2016 01:51:21     Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
12490281       +E-mail/Text: BKRMailOps@weltman.com Sep 23 2016 01:53:08     Weltman, Weinberg & Reis,
                 PO Box 6597,    Cleveland, OH 44101-1597
                                                                                              TOTAL: 15
```

```
District/off: 0313-4          User: Cathleen            Page 2 of 2                 Date Rcvd: Sep 22, 2016
                              Form ID: pdf900           Total Noticed: 41
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12490264         Aes/edfncl
12490266         Aes/pheaa
cr*            +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*             ECMC,    P.O. Box 75906,    St. Paul, MN 55175
cr*             Granite Recovery LLC,    c/o Recovery Management Systems Corporat,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
cr*             Nationstar Mortgage, LLC,    P.O. Box 829009,    Dallas, TX 75382-9009
12619412*       ECMC,    P.O. Box 75906,    St. Paul, MN 55175
12490280*      +Us Dept Of Education,    Pob Box 5200,    Greenville, TX 75403-5200
12490271      ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                TOTALS: 2, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2016 at the address(es) listed below:
```
              ANN E. SWARTZ    on behalf of Creditor    H&R Block Bank ecfmail@mwc-law.com, ecfmail@mwc-law.com
              CHRISTOPHER G. CAPPIO    on behalf of    Christopher Cappio cappioandgigliotti@gmail.com,
               ecf.philadelphia@gmail.com
              CHRISTOPHER G. CAPPIO    on behalf of Debtor James H Wyant cappioandgigliotti@gmail.com,
               ecf.philadelphia@gmail.com
              CHRISTOPHER G. CAPPIO    on behalf of Joint Debtor Deborah D Wyant cappioandgigliotti@gmail.com,
               ecf.philadelphia@gmail.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage, LLC BNCmail@w-legal.com,
               DanS@w-legal.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              HILARY B. BONIAL    on behalf of Creditor    Nationstar Mortgage, LLC
               hbonial@nbsdefaultservices.com, notice@bkcylaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    H&R Block Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              TUDOR MIHAI NEAGU    on behalf of Debtor James H Wyant tudorescue@gmail.com, tudorescue2@gmail.com
              TUDOR MIHAI NEAGU    on behalf of Joint Debtor Deborah D Wyant tudorescue@gmail.com,
               tudorescue2@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                               :
                                     :
   JAMES H. WYANT              : Bankruptcy No.  11-21890REF
   and                          :
   DEBORAH D. WYANT            :
                                     :
           Debtor(s)  : Chapter 13

ORDER

AND NOW after notice and hearing, the above-captioned case is hereby DISMISSED..

BY THE COURT

**Date: September 22, 2016**

_____
Richard E. Fehling, B. J.